IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUL 25 2017
Clerk, U S District Court
District Of Montana
Billings

| IN THE MATTER OF THE SEARCH OF LOCATION DATA OF CELLULAR TELEPHONE NUMBER (406) 589-6674 | MJ-17-47-BLG-TJC<br><br>ORDER SEALING CASE |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 25 day of July, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge

1